IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DARRELL WHITE,

      Plaintiff,

vs.

                                     Civil Action 2:10-CV-1167
                                     Judge Sargus
                                     Magistrate Judge King

FIFTH THIRD BANK,

      Defendant.

## ORDER

On October 5, 2011, plaintiff was ordered to show cause, no later than October 26, 2011, why the case should not be dismissed for failure to comply with the order of the Court and for failure to effect timely service of process. *Order*, Doc. No. 28. Plaintiff has made no response to that *Order*. It therefore appears that plaintiff has abandoned the prosecution of this case.[1]

This case is therefore **DISMISSED**, without prejudice, for want of prosecution.

11-2-2011
_____
Date

_____
Edmund A. Sargus, Jr.
United States District Judge

---

[1]As noted by the Court in the *Order* of October 5, 2011, plaintiff appears to be pursuing claims against the defendants in another case pending in this Court.