AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**DARRELL WHITE,**

       **Plaintiff,**

                          **JUDGMENT IN A CIVIL CASE**

**v.**

**FIFTH THIRD BANK,**         **CASE NO.  C2-10-1167**
                                    **JUDGE EDMUND A. SARGUS, JR.**
       **Defendant.**         **MAGISTRATE JUDGE NORAH MCCANN KING**

   \_\_\_    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

   X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

       **Pursuant to the ORDER filed November 2, 2011, JUDGMENT is hereby entered DISMISSING this action without prejudice for want of prosecution.**

Date: November 2, 2011                            JAMES BONINI, CLERK

                                                  */S/ Andy F. Quisumbing*
                                                  (By) Andy F. Quisumbing
                                                  Courtroom Deputy Clerk